IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT

2007 JUN 26 A 11: 41

LAMONT PERRY,

    Plaintiff,

vs.

UNITED STATES OF AMERICA;
JOSE M. VAZQUEZ, Warden;
Associate Warden JACOBSEN;
Dr. CHIPPI; JANE DOE and
JOHN DOE,

    Defendants.

CIVIL ACTION NO.: CV207-065

## ORDER

Let a copy of this Report and Recommendation be served upon the parties. The parties will be allowed ten (10) days from the date of service of this Report and Recommendation to file objections. If no objections are made, this Report and Recommendation will be adopted as a record of the proceedings and may become the opinion and order of the Court. Nettles v. Wainwright, 677 F.2d 404 (5th Cir. Unit B 1982).

All requests for additional time to file any objections to this Report and Recommendation should be filed with the Clerk for consideration by the undersigned.

The Clerk of Court is directed to submit the Report and Recommendation with objections, if any, on or before the 23rd day of July, 2007.

SO ORDERED, this 26th day of June, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)