
FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2008 JUN 13 AM 10: 30

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

LAMONT PERRY,

    Plaintiff,

vs.

UNITED STATES OF AMERICA;
JOSE M. VAZQUEZ, Warden;
Associate Warden EDDIE CLINTON
JACOBSEN; Dr. MARTHA CHIPI;
FRANK ADAIR, Physician's Assistant;
JEFF COUGHLIN, former Hospital
Administrator, and DEBORAH
FORSYTH, Associate Warden,

    Defendants.

CIVIL ACTION NO.: CV207-065

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Motion for Summary Judgment filed by the United States of America, Jose M. Vazquez, Dr. Martha Chipi, Frank Adair, Jeff Coughlin, and Deborah Forsyth is **GRANTED**. Plaintiff's claims against those Defendants are **dismissed**.

**SO ORDERED**, this 13 day of June, 2008.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA